## HAWKINS *v.* DARTEST.

Where on the day fixed for the trial of a case plaintiff's counsel suggests, orally, the death of the plaintiff, but declines to support the suggestion by his affidavit, or further to appear in the case, judgment of non-suit must be rendered. The suggestion of plaintiff's death should have been supported by the affidavit of the attorney, or by other testimony rendering the death probable.

Actions do not abate by the death of the parties. C. P. 21, 361.

APPEAL from the District Court of St. Mary, *Overton*, J. *Maskell*, appellant, *pro se*. Actions do not abate by the death of the parties. C. P. 21, 120, 361, 903. 1 La. 111. 6 La. 301. 11 La. 357. 6 Rob. 44. 1 Rob. 521. No proceeding can be had, after the suggestion of the death of a party, till his heirs are made parties. 5 Mart. N. S. 430. 3 La. 527. 10 La. 396.

HAWKINS
v.
DARTEST.

5 Rob. 2.   *Olivier*, for the defendant.   The judgment of the court was pronounced by

KING, J.  On the day fixed for the trial of this cause the counsel for the plaintiff suggested orally the death of the plaintiff, but declined supporting the suggestion by his affidavit, or further to appear in the cause.  The plaintiff was thereupon called, and failing to appear, a judgment was rendered as in case of non-suit, from which the security on the sequestration bond has appealed.

It is true, as contended, that actions do not abate in consequence of the death of parties; but some evidence of the alleged death must be exhibited before courts can be required to suspend further proceedings, or authorize new parties to be made.   The suggestion of the plaintiff's death should have been supported by the affidavit of the attorney or by other testimony, rendering the death at least probable.  In the absence of such evidence, the judge did not, in our opinion, err, in dismissing the action.  C. P. arts. 21, 361.  *Babcock* v. *Williams*, 10 La. 396.  This conclusion renders it unnecessary to consider the motion to dismiss this appeal.                          *Judgment affirmed.*